■ In the Matter of CLIMES PORTO et al., Doing Business as RONANO REALTY Co., Respondents, v EVAN A. RUBINO, as Commissioner of Assessment and Taxation of the City of Mount Vernon, et al., Appellants.—Order of the Supreme Court, Westchester County, dated March 21, 1979, affirmed, without costs or disbursements. (See *Matter of Stevens Med. Arts Bldg. v*

*City of Mount Vernon,* 72 AD2d 177.) Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.